

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Christine Plante; C.J. S., Minor Child, | Civil Action No. 13-cv-00310-GPC-KSC |
| Plaintiff, | |
| V. | |
| The United States of America | JUDGMENT IN A CIVIL CASE |
| Defendant. | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

that the case be dismissed with prejudice for failure to prosecute and comply with the Court's orders.

Date:    6/2/16

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ N. Peltier

N. Peltier, Deputy